In the Matter of the Application of the Board of Rapid Transit Railroad Commissioners for the City of New York for the Appointment of Three Commissioners to Determine and Report Whether a Rapid Transit Railway or Railways for the Conveyance and Transportation of Persons and Property, as Determined by the Board, Ought to Be Constructed and Operated. Thirty-fourth Street Route in the County of Queens.— Order designating newspapers for publication of notice signed. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

In the Matter of the Application for the Removal from Office of William W. Whyard, a Justice of the Peace of the Town of Orangetown, Rockland County, New York.— Motion to dismiss denied, and proceedings referred to Hon. John J. Beattie, Warwick, N. Y., to hear and report, with his opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Edward A. Gott, Respondent, v. Brooklyn Heights Railroad Company, Appellant.— Motion to resettle order denied. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Minnie Guth, Respondent, v. Joseph Barth, Appellant.— Motion for a stay denied. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

New York Mortgage and Security Company, Plaintiff, v. Concourse Park Hotel Company, Defendant.— Motion denied. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Ahi Peace, Respondent, v. William McAdoo, as Police Commissioner, etc., Appellant.— The provision of the charter upon which the determination of this controversy depended having been amended since the action was brought,* we do not think it is proper to grant leave to appeal to the Court of Appeals. The motion is, therefore, denied. Present — Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ.

Thomas E. Pearsall and Others, Respondents, v. Thomas H. Stewart and Ella F. Stewart, Appellants.— Motion for leave to amend printed case on appeal granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

The People of the State of New York ex rel. Thomas Archer, Relator, Respondent, v. William McAdoo, as Police Commissioner, etc., Appellant.— Motion to resettle order granted. Present — Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ.

Samuel Tierstein, Respondent, v. Max Glassberg, Appellant.— Motion denied. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

The Town of Oyster Bay v. William H. Jacob, Impleaded, etc., and Others.— Motion for leave to appeal to the Court of Appeals denied. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

George M. Whitehouse, Respondent, v. Staten Island Water Supply Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Julienne C. Williams, Respondent, v. Metropolitan Life Insurance Company, Appellant.— Motion for reargument denied. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Samuel Barnett and Florence Barnett, Respondents, v. The J. B. Sparrow Theatrical and Amusement Company, Limited, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

Mathilda A. Bengston, Respondent, v. Daniel Swanston, Appellant.— Judgment of the Municipal Court modified by striking out the provision allowing the ten dollars costs, and as modified affirmed, without costs. No opinion. Jenks, Hooker, Rich and Miller, JJ., concurred.

Philip Brandmeier, Respondent, v. Demuth Glass Manufacturing Company, Impleaded, etc., Appellant.— Judgment of the Municipal Court reversed and

* See Peace v. McAdoo (110 App. Div. 13); Laws of 1905, chap. 621, amdg. Greater N. Y. charter (Laws of 1901, chap. 466), § 315.— [REP.